# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MARIETTA REED,** | ) | **CASE NO. 4:04CV2250** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **GENERAL MOTORS, et al.,** | ) | **ORDER** |
| | ) | |
| | ) | |
| **DEFENDANT(S).** | ) | |
| | ) | |

On September 14, 2007, this Court issued an order assigning this case to Magistrate Judge James S. Gallas (Dkt. # 58) for Plaintiff's Attorney, Tracey Laslo's ("Laslo") Motion to Reopen Case and Enforce Settlement (Dkt. # 57). On July 14, 2008, the Magistrate issued a Report and Recommendation (Dkt. # 60), recommending that the Court deny Laslo's Motion to Reopen Case and Enforce Settlement.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff and Laslo have failed to timely file any such objections. Therefore, the Court must assume that Plaintiff and Laslo are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Gallas (Dkt. # 60) is hereby **ADOPTED**.  Laslo's Motion to Reopen Case and Enforce Settlement (Dkt. # 57) is **DENIED**.

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus – September 3, 2008**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**